## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE CRACKED EGG, LLC., | ) | Bankruptcy No. 20-22889-JAD |
| | ) | |
| Debtor. | ) | Chapter 11 |
| ——————————————— | X | |
| | ) | |
| COUNTY OF ALLEGHENY, a | ) | Related to ECF No. 47 |
| political subdivision of the | ) | |
| Commonwealth of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| - v - | ) | |
| | ) | |
| THE CRACKED EGG, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | X | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

The matter before the Court is a Motion for Relief From Automatic Stay filed by the County of Allegheny, through the Allegheny County Health Department (collectively, the "Movant").

For the reasons set forth in the Memorandum Opinion issued on this date, the Court hereby ORDERS, ADJUDGES and DECREES that:

1.   The Motion for Relief From Automatic Stay is granted.

2.   The Movant may proceed with its actions against the Debtor in the following docket numbers: Adversary No. 20-02166-JAD before this Court and, upon remand, GD-20-9809 before the Court of Common Pleas of Allegheny County.

00031192

3.      The Movant may also defend the action filed by the Debtor against the Movant at docket number 2:20-cv-01434-RJC before the United States District Court for the Western District of Pennsylvania.

Date: January 7, 2021             _____

                      The Honorable Jeffery A. Deller
                      United States Bankruptcy Judge

cc:     James R. Cooney, Esq., counsel to the Debtor
        Viyalakshmi Patel, Esq., counsel to the County of Allegheny

FILED
1/7/21 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00031192                      -2-