**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| **THE CRACKED EGG, LLC,** | Bankruptcy No. 20-22889-JAD |
| Debtor. | Chapter 11 |
| _____ | |
| **COUNTY OF ALLEGHENY, a political subdivision of the Commonwealth of Pennsylvania,** | Related to Document No. 62 |
| Movant, | |
| v. | |
| **THE CRACKED EGG, LLC,** | |
| Respondent. | |

## **ORDER OF COURT**

AND NOW, upon consideration of the Expedited Motion for Stay Pending Appeal, it is hereby Ordered that the Motion is granted and that all proceedings are stayed pending the appeal to the District Court.

                                                              BY THE COURT:

_____                                           _____
Date                                                         Jeffery A. Deller
                                                             United States Bankruptcy Judge